SCHILLER PIANO COMPANY, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 31172.   Promulgated May 21, 1931.

*Frank E. Seidman, Esq.*, for the petitioner.
*B. M. Coon, Esq.*, for the respondent.

OPINION.

Love: Petitioner asserts that it sustained a deductible loss in the amount of $32,907.24 upon the transaction set out in our findings. The respondent has denied the deduction upon the theory that a corporation can realize neither gain nor loss in the purchase of its own capital stock.

As authority for its contention, petitioner cites *Callanan Road Improvement Co.*, 12 B. T. A. 1109; *Behlow Estate Co.*, 12 B. T. A. 1365; *New Jersey Porcelain Co.*, 15 B. T. A. 1059; and *United States v. Cedarburg Milk Co.*, 288 Fed. 996. In *Houston Brothers Co.*, 21 B. T. A. 804, we distinguished the *Callanan* and *Cedarburg* cases, *supra*, and expressly disapproved our decisions in the *Behlow Estate Co.* and *New Jersey Porcelain Co.* cases, *supra*.

We think the instant case is governed by *Houston Brothers Co.*, *supra*, and upon authority of that case, petitioner must fail. See also *S. A. Woods Machine Co.*, 21 B. T. A. 818.

Reviewed by the Board.

*Judgment will be entered for the respondent.*

---

Arundell, dissenting: For the reasons set forth in my dissenting opinions in the cases of *Houston Brothers Co.*, 21 B. T. A. 804, and *S. A. Woods Machine Co.*, 21 B. T. A. 818, I disagree with the conclusion reached by the majority in this case.

Smith agrees with this dissent.